CHARLES SMITH & SONS CONSTRUCTION COMPANY, INC., Respondent, *v*. STATE OF NEW YORK, Appellant.

(Claim No. 24134.)

Argued April 18, 1944; decided May 25, 1944.

*Nathaniel L. Goldstein,* Attorney-General (*Orrin G. Judd, Alfred Thayer* and *John R. Davison* of counsel), for appellant.
*George M. Simon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.